# United States District Court
## For The Western District of North Carolina
### Charlotte Division

BILLY LEE LISENBY, JR,

             Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                       3:09CV126-MU-2

GEORGE KOWLIN,

             Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2009 Order.

Signed: April 3, 2009

*Frank G. John*

Frank G. Johns, Clerk
United States District Court